IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEORGE C. STECKER,<br><br>        Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>        Defendant. | **8:23CV29**<br><br>**FINAL PROGRESSION ORDER** |

The Rule 26(f) Report filed by the parties indicates the parties anticipate this ERISA action will be resolved by administrative review and no discovery will be necessary. However, Plaintiff requests an opportunity to file a Motion to Supplement the Administrative Record if the version filed by Defendant omits any material information and the parties cannot agree on supplementation. (See [Filing No. 10 at CM/ECF p. 3](#), n. 4).

Accordingly,

IT IS ORDERED:

1) On or before May 31, 2023, Defendant shall file the Administrative Record.

2) To avoid unnecessary delay of the briefing schedule, if there is any disagreement about the need to supplement the administrative record, the parties shall contact chambers on or before June 14, 2023 to set a telephone conference with the undersigned. The email address for my chambers is zwart@ned.uscourts.gov.

3) The parties agree this case will be resolved by cross-motions for summary judgment. The motions and opening briefs shall be filed on or before August 1, 2023. The brief responding to the opposing party's summary judgment motion shall be filed on or before August 30, 2023. No reply shall be filed absent leave of the court for good cause shown.

Dated this 19th day of April, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge