IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GEORGE C. STECKER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | 8:23CV29<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　　This case is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. Filing 12. The parties request that this matter be dismissed with prejudice, with each party to pay its own attorney's fees and costs. Under these circumstances, dismissal with prejudice is appropriate. Accordingly,

　　　　IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 12, is granted, and this matter is dismissed with prejudice, with each party to pay its own attorney's fees and costs.

　　　　Dated this 18th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge